UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-1511 (DSD/JGL)

RONALD S. LIGONS,

Plaintiff,

v.

PRETRIAL ORDER

MARK KROLL, Lt., and
DAVID CRIST, Warden,

Defendants.

The above-entitled matter is before the undersigned United States Magistrate Judge of U.S. District Court, District of Minnesota, on Plaintiff's Complaint for Violation of Civil Rights under 42 U.S.C. §1983. This case was referred to this Court pursuant to 28 U.S.C. §636 and Local Rule 72.1(c)(1).

On July 28, 2000, Plaintiff filed a second Motion for Summary Judgment, Injunctive Relief. On December 6, 2000, Defendants filed a Cross Motion for Summary Judgment. Upon review of Plaintiff's second motion for summary judgment and Defendants' motion for summary judgment, the Court finds both motions too factually and legally deficient to render a decision on the merits. Federal Rule of Civil Procedure 56 requires the moving party to "show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." Thus, the parties are directed to put forth specific facts, provide the relevant law, and submit appropriate argument and analysis, or this Court will recommend that the offending motion be denied with prejudice. The practice in this District is for parties to file and serve their supporting memoranda with the motion.

Filed 12-7-00
Francis E. Dosal, Clerk
Judgment Entd.__________
Deputy Clerk__________

Plaintiff and Defendants are each ordered to provide the Court with thorough memoranda of law, including supporting affidavits and exhibits, by December 22, 2000. Plaintiff and Defendants must file and serve responsive memoranda and exhibits by January 22, 2001. The parties may file reply memoranda by February 5, 2001. This deadline may be modified only upon formal motion and a showing of good cause; failure to respond to the motion may result in dismissal of Plaintiff's claims. The motion will be considered on the papers without oral argument unless the Court determines there is a specific need to hold a hearing.

The Court will accept no ex parte communications. All motions shall be filed with the Clerk of Court with a copy sent to the opposing party.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff and Defendants shall provide the Court with thorough memoranda of law, including affidavits and exhibits, in support of their respective motions for summary judgment by December 22, 2000;

2. Plaintiff and Defendants shall file and serve any responsive memoranda and exhibits to the other party's summary judgment motion by January 22, 2001; and

3. Plaintiff and Defendants shall file and serve any reply memorandum by February 5, 2001.

Dated: December 6, 2000.

JONATHAN LEBEDOFF
United States Magistrate Judge