**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**RONALDO S. LIGONS,**

Plaintiff,

v.

**MARK KROLL, Lieutenant, and**
**DAVID CRIST, Warden,**

Defendants.

---

Civil File No. 00-1511 (DSD/JGL)

**ORDER**

APPEARANCES

Ronaldo S. Ligons, pro se.

Jennifer Kathleen Park, Esq., for Defendants.

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on Plaintiff's Motion for Extension of Time to Respond to Defendants' Reply Memorandum (Doc. No. 35). This case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

Plaintiff Ligons requests an extension of time to respond to a reply memorandum that Defendants submitted in connection with previous motions for summary judgment. This Court has already issued a Report and

FILED 3-7-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D ______
DEPUTY CLERK ______

Recommendation with respect to the summary judgment motions, and Plaintiff's motion for an extension is therefore moot.

Based upon the above and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to Respond to Defendants' Reply Memorandum (Doc. No. 35) is **DENIED AS MOOT**.

Dated: March 7, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge