# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ronaldo S. Ligons

Plaintiff

v.

Mark Kroll, Lieutenant and
David Crist, Warden

Defendants

Case No. Civil 00-1511 DSD/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's second motion for summary judgment and injunctive relief is denied. Plaintiff's motion for default judgment is denied. Defendant's first motion for summary judgment is granted. Plaintiff's third motion for summary judgment is denied. Defendants' second motion for summary judgment is denied. Count 1 of plaintiff's complaint dismissed with prejudice. Count 2 of complaint dismissed without prejudice.

DATE: March 16, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk