UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1151 (DSD/JGL)

Ronaldo S. Ligons,

Plaintiff,

v.

**ORDER**

Lt. Mark Kroll and David Crist, Warden,

Defendants.

This matter is before court on the motion of plaintiff for enforcement of court order and request for a copy of report and recommendation and district court order [Docket No. 67]. For the reasons stated, the court denies plaintiff's motion.

Pursuant to an order filed on March 16, 2001, this court adopted the report and recommendation of Magistrate Judge Jonathan Lebedoff. In that order, the court dismissed with prejudice count 1 of plaintiff's complaint which challenged the constitutionality of the Minnesota Department of Corrections magazine policy for inmates in segregation and dismissed count 2 of the complaint without prejudice finding that plaintiff had not exhausted his administrative remedies regarding the department of corrections' gift publication policy.[1]

[1] This court specifically held that plaintiff should have first made a claim to the department of corrections for the cost or the book before commencing a lawsuit that challenges the constitutionality of the Department of Correction's gift publication policy in effect at the time.

FILED 9-20-01
Richard D. Sletten, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______

On July 31, 2001, plaintiff appealed to the circuit court this court's order of March 16, 2001. The Eighth Circuit issued a briefing order and assigned the appeal case-file number 01-1780. Plaintiff filed the present motion on August 9, 2001. Since this court no longer has jurisdiction over this case in light of the pending appeal, this motion must be dismissed.

Moreover, even if this court had jurisdiction, the March 16, 2001 order never ruled on the constitutionality of the gift publication policy of the Minnesota Department of Corrections. Since plaintiff now appears to be seeking to enforce an order which does not address the relief he is requesting, this motion would have to be dismissed.[2]

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's motion [Doc. No. 67] is denied.

Dated: September 20 2001

David S. Doty, Judge
United States District Court

[2] In his motion, plaintiff also requests that the clerk of court forward to him another copy of the report and recommendation and the district court's order of March 16, 2001. Since defendants' counsel has mailed plaintiff additional copies of the report and recommendation and the order, the court denies this request as moot. (See Defendants' Affidavit of Service.)