UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. ~~00-115~~1 (DSD/JGL)
00-1511

Ronaldo S. Ligons,

Plaintiff,

v.

**ORDER**

Lt. Mark Kroll and David Crist, Warden,

Defendants.

Ronaldo S. Ligons, Pro Se, MN Correctional Facility, 970 Pickett Street North, Bayport, MN 55003-1490.

Mark Jennifer Kathleen Park, Esq. and Bernard Levinger, Esq., Office of MN Attorney General, 445 Minnesota Street, St. Paul, MN 55101.

This matter is before the court on plaintiff's supplemental notice of motion and motion for reconsideration. Plaintiff has appealed this court's order [Docket No. 47], dated March 16, 2001, to the Eighth Circuit. Generally, a notice of appeal divests the district court of jurisdiction. See Liddell v. Board of Educ., 73 F.3d 819, 822 (8th Cir. 1996). Because the court does not have jurisdiction to consider plaintiff's motion at this time, the court dismisses plaintiff's supplemental notice of motion and motion for reconsideration.

Dated: October 16, 2001.

David S. Doty, Judge
United States District Court

FILED 10-17-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. __________
Deputy Clerk's Initials ______

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500