UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1511(DSD/JGL)

Ronaldo S. Ligons,

Plaintiff,

v.

**ORDER**

Lt. Mark Kroll and
David Christ, Warden,

Defendants.

This matter is before the court upon petitioner's motion for copies of documents. For the following reasons, the motion is granted in part and denied in part.

**DISCUSSION**

Petitioner has filed a motion seeking copies of "Complaints, Report & Recommendation, & Docket Sheets." In the motion, petitioner specifically requests the following:

1. File No. CV 02-1511, Report & Recommendation, Order, & Docket Sheet. Appellant brief to 8th Cir. Court of Appeals. (**)

2. File No. 02-805, copy of Complaint, & Docket Sheet.

3. File No.* copy of Docket Sheet. *(CV-02-940)

4. File No. 02-1076, copy of Complaint, & Amended Complaint.

(**) (Amended Complaint, & Original Complaint. CV-00-1511)

APR 29 2003
FILED
Richard D. Sletten, CLERK
Judgment Ent'd.
Deputy Clerk's Initials

The district court may order the printing of the record at government expense where a petitioner proceeds in forma pauperis on appeal of a civil or criminal matter and the record is required by the appellate court. See 28 U.S.C. § 1915(c)(1). Further, "fees for transcripts furnished in other proceedings to persons permitted to appeal in forma pauperis shall also be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question)." 28 U.S.C. § 753(f).

Here, however, petitioner does not seek transcripts, but rather, copies of documents which, by and large, were his own creations. With the exception of the report and recommendation and order in Civil No. 00-1511(DSD/JGL) and the docket sheets in the various cases, petitioner seeks copies of his own pleadings. Nor does petitioner allege that the Clerk of Court has failed to send him copies of reports and recommendations or orders of the court.[1]

The court acknowledges that the basis of at least one of petitioner's actions is the policy of the Minnesota Department of Corrections limiting the volume of legal materials a prisoner may store in his cell. [Civil No. 02-1076(DSD/JGL)]. However, petitioner filed an affidavit in that case stating that his legal

[1] Petitioner does assert that he has not received copies of docket sheets. While the court finds no legal requirement that petitioner be provided with docket entry sheets, they will be provided nonetheless.

files are in the possession of a professor of law in St. Paul, Minnesota. [Doc. No. 25.] With the exception of the docket sheets, petitioner has offered, and the court can find, no reason he cannot reasonably access the documents he now seeks to have copied at government expense. Therefore, petitioner's motion is denied except as to copies of docket entry sheets in each of the specified cases.

**CONCLUSION**

For the foregoing reasons, **IT IS HEREBY ORDERED** that Petitioner's motion for copies of documents [Doc. No. 85] is granted in part and denied in part. After docketing this order, the Clerk of Court shall send petitioner one copy of the current docket entry sheet in Civil No. 00-1511(DSD/JGL).

Dated: April 28, 2003

David S. Doty, Judge
United States District Court