CLERK, US DISTRICT COURT

CHECK OUT DEDUCT TYPE CHECK NUMBER: 50902

| | | | | | |
|---|---|---|---|---|---|
| 171203 LIGONS | | RONALDO | | | |
| 17.20 | AMOUNT FOR FILE NUMBER | 00-cv-01511 | Amount Owing: | | 5.36 |
| 17.20 | TOTAL FOR: | 171203 | LIGONS | RONALDO | |
| 17.20 | TOTAL CHECK AMOUNT | | | | |

RECEIVED BY MAIL
JUL 05 2005
CLERK, US DIST. COURT
ST. PAUL, MN

00CV1511DSD/JGL

Tue Jul 5 11:28:50 2005

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 147114
Cashier lynda

Tender Type CHECK

Check Number: 050902

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 3 | 0869PL |

Amount $ 17.20

MCF - STILLWATER FOR RONALDO LIGONS 00-C V-1511

PARTIAL PAYMENT OF FILING FEE

46949085
1511
0869PL

SCANNED
JUL 11 2005
DG
U.S. DISTRICT COURT ST. PAUL

CLOSED indicates that the offender has left the department. No further deductions will be taken.

If the Amount Owing does not equal your records, please contact Tom Ronning at 651-779-5727 or DeeAnn Celusta at 651-779-5723